UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SHAREKA HOLMES, | ) |
| Petitioner, | ) ) |
| v. | ) Case No. 7:20-cv-01717-LCB-SGC |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

On October 5, 2021, the magistrate judge entered a report (Doc. 6) recommending Shareka Holmes' petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) be dismissed with prejudice because § 2241 does not provide the court with the authority to alter the location of Holmes' confinement or otherwise provide her with her requested relief. Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, Holmes' petition for a writ of habeas corpus is **DENIED.**

A separate order will be entered.

**DONE** and **ORDERED** this October 29, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE